UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TRACY GENE KOKER**,                                 Case No. 6:14-cv-02043-KI

            Plaintiff,                                 JUDGMENT

    v.

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION**,

            Defendant.

Max Rae
P.O. Box 7790
Salem, OR 97303

      Attorney for Plaintiff

Billy Williams
United States Attorney
District of Oregon
Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97201-2902

Courtney Garcia
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant


KING, Judge:

The decision of the Commissioner is reversed. This action is remanded to the

Commissioner under sentence four of 42 U.S.C. § 405(g).

    IT IS SO ORDERED.

    DATED this   11th   day of December, 2015.


                /s/ Garr M. King
                Garr M. King
                United States District Judge