# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

TERRY GENE KOKER,                                   6:14-cv-02043-KI

                    Plaintiff,

v.                                                  ORDER AWARDING
                                                    ATTORNEY FEES
                                                    PURSUANT TO THE
COMMISSIONER, SOCIAL                                EQUAL ACCESS TO JUSTICE ACT
SECURITY ADMINISTRATION,
                    Defendant.

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby

ordered that EAJA attorney's fees of $3,477.17 shall be awarded to Plaintiff. If it is determined

that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the

Treasury's Offset Program, as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010), then the

check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of

these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's

counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

DATED this _/_/_ day of February, 2016

_____
United States District Judge

PRESENTED BY:

MAX RAE, OSB# 81344
(503) 363-5424
Attorney for Plaintiff, Terry Gene Koker

Page 1.   ORDER AWARDING EAJA ATTORNEY FEES – KOKER v. COMMISSIONER,
          SOCIAL SECURITY ADMINISTRATION, 6:14-cv-02043-KI